UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Metropolitan Property & Casualty
Insurance Company

    v.                                   Civil No. 13-cv-63-JL

JCW Plumbing & Hearing, LLC, et al.

## O R D E R

At the April 16, 2013 preliminary pretrial conference, counsel for the defendant shall be prepared to identify each of the members of JCW Plumbing and Heating, LLC, and the citizenship of each member, for purposes of showing whether subject-matter jurisdiction exists under 28 U.S.C. § 1332(a)(1).  If any of the members of the defendant LLC is itself an LLC (or partnership), then defense counsel shall be prepared to identify each of the members of that LLC (or partners of the partnership), and the citizenship of each such member (or partner).  See D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124 (1st Cir. 2011).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 10, 2013

cc:  Daniel W. Coffey, Esq.
     Robert M. Derosier, Esq.
     Lesley F. Cornell, Esq.